**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FRANK SENIOR, *On behalf of himself*
*and all others similarly situated*
                             Plaintiff,

                            25 Civ. No. 1399 (DEH) (GS)

           -against-
                                        **ORDER**

NAKED AND THRIVING INC.,
                             Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This complaint in this case was filed on February 19, 2025. Dkt. No. 1. An electronic summons was issued as to Defendant Naked and Thriving Inc., on February 20, 2025 Dkt. No. 4. However, there is no indication on the docket that the defendant has been served. The defendant has not appeared in this case thus far, and more than 90 days has elapsed since the filing of this case on February 19, 2025.

      Plaintiff is accordingly ORDERED to show cause no later than June 25, 2025 why this case should not be dismissed without prejudice for failure to serve the defendants within 90 days after the complaint is filed. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.")

      **SO ORDERED.**

DATED:     June 11, 2025
                New York, New York

                                                       _____
                                                       The Honorable Gary Stein
                                                       United States Magistrate Judge